UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Craig Johnson,

        Plaintiff,

v.                                     ORDER ADOPTING
                                         REPORT AND RECOMMENDATION

Minnesota State Hospital, et al.,

        Defendants.                Civ. No. 16-1878 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. This action is SUMMARILY DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B).

2. Plaintiff Craig Johnson's application to proceed *in forma pauperis* [Docket No. 2] is DENIED.

3. Judgment is entered accordingly.


DATED: August 19, 2016                          s/Michael J. Davis
At Minneapolis, Minnesota                Michael J. Davis
                                                     United States District Court